# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

SGC Health Group, Inc d/b/a The Health Group
Plaintiff

v.

3:15-cv-01139-B
Civil Action No.

eClinicalWorks, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff SGC Health Group, Inc. d/b/a The Health Group

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Ninety Nine Practice Management, LLC is the parent corporation of Plaintiff SGC Health Group, Inc. d/b/a The Health Group

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The following entites are financially interested in the outcome of this case:
Ninety Nine Practice Management, LLC
North Texas Surgical Oncology Associates
North Central Texas Urology

| | |
|---|---|
| Date: | 4/14/2015 |
| Signature: | *[signature]* |
| Print Name: | Christopher A. Payne |
| Bar Number: | TX Bar No 15651500 |
| Address: | Sandler Payne, PLLC, 6600 LBJ |
| City, State, Zip: | Dallas, Texas 75240 |
| Telephone: | 972-498-1317 |
| Fax: | 214-453-2435 |
| E-Mail: | chris@sandlerpayne.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons