IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SGC HEALTH GROUP, INC. d/b/a THE HEALTH GROUP | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | CIVIL ACTION NO.3:15-cv-01139 |
| ECLINICALWORKS, LLC, | § § § | |
| Defendant. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SGC Health Group, Inc. d/b/a The Health Group ("THG" or "Plaintiff"), by and through its counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

 1. On April 14, 2015, THG filed its Original Complaint in this Court.

 2. Defendants have not answered or moved for summary judgment.

 3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss his case without a court order by filing a notice of dismissal.

 4. Plaintiff hereby gives such notice of voluntary dismissal.

 5. Therefore, this action should be dismissed without prejudice and without necessity of court order pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). All costs, fees, and expenses shall be borne by the party incurring same.

 Respectfully submitted,

THE LAW OFFICE OF
CHRISTOPHER A. PAYNE, PLLC

/s/ Christopher A. Payne

Christopher A. Payne, Esq.
TX State Bar ID # 15651500
9101 LBJ Freeway, Ste. 760
Dallas, TX 75243
972-284-0731 Phone
214-453-2435 Fax
*Counsel for Plaintiff*

Dated: November 16, 2015

### Certificate of Service

On November 16, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Christopher A. Payne